IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSELL and TAMMY** | : | **CIVIL ACTION** |
| **BITTENBENDER on behalf of** | : | |
| **their daughter, S.B., a minor, and** | : | |
| **individually on their own behalf,** | : | |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | NO. 15-6465 |
| | : | |
| **THE BANGOR AREA** | : | |
| **SCHOOL DISTRICT** | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW,** this   27th   day of March, 2007, upon consideration of the defendant's motion to dismiss (Document #8), and the plaintiffs' response thereto (Document #9), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.